# United States Court of Appeals
## For the First Circuit

No. 14-2148

FEDERAL HOME LOAN BANK OF BOSTON,

Plaintiff, Appellant,

v.

MOODY'S CORPORATION;
MOODY'S INVESTORS SERVICE, INC.,

Defendants, Appellees,

ALLY FINANCIAL INC., f/k/a GMAC, INC.; BCAP LLC; BARCLAYS
CAPITAL, INC.; BEAR STEARNS ASSET BACKED SECURITIES I LLC,
f/k/a The Bear Stearns Companies, Inc.; CHEVY CHASE FUNDING,
LLC; CITIMORTGAGE, INC.; CITICORP MORTGAGE SECURITIES, INC.;
CITIGROUP FINANCIAL PRODUCTS, INC.; CITIGROUP GLOBAL MARKETS
REALTY CORP.; CITIGROUP GLOBAL MARKETS, INC.; CITIGROUP
MORTGAGE LOAN TRUST, INC.; CITIGROUP, INC.; CREDIT SUISSE
(USA), INC.; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES
CORP.; CREDIT SUISSE HOLDINGS (USA), INC.; CREDIT SUISSE
SECURITIES (USA) LLC; DB STRUCTURED PRODUCTS, INC.; DB U.S.
FINANCIAL MARKET HOLDING CORPORATION; DLJ MORTGAGE CAPITAL,
INC.; DEUTSCHE ALT-A SECURITIES, INC.; DEUTSCHE BANK
SECURITIES, INC.; EMC MORTGAGE CORPORATION; LANA FRANKS;
RICHARD S. FULD, JR.; GMAC MORTGAGE GROUP, LLC; EDWARD GRIEB;
IMH ASSETS CORP.; IMPAC FUNDING CORPORATION; IMPAC MORTGAGE
HOLDINGS, INC.; IMPAC SECURED ASSETS CORP.; J.P. MORGAN
ACCEPTANCE CORPORATION I; J.P. MORGAN CHASE & CO.; JP MORGAN
SECURITIES HOLDINGS, LLC; JPMORGAN ACQUISITION CORP.;
JPMORGAN CHASE BANK, N.A.; MIT HOLDINGS, INC.; RICHARD
MCKINNEY; MORGAN STANLEY; MORGAN STANLEY & CO., INC.; MORGAN
STANLEY CAPITAL I INC.; MORGAN STANLEY MORTGAGE CAPITAL
HOLDINGS, LLC; MORTGAGE ASSET SECURITIZATION TRANSACTIONS,
INC.; MORTGAGEIT SECURITIES CORP; MORTGAGEIT, INC.;
MORTGAGEIT HOLDINGS, INC.; NOMURA ASSET ACCEPTANCE
CORPORATION; NOMURA CREDIT & CAPITAL, INC.; NOMURA HOLDING
AMERICA, INC.; NOMURA SECURITIES INTERNATIONAL, INC.; BARRY

J. O'BRIEN; CHRISTOPHER M. O'MEARA; RBS ACCEPTANCE INC.,
f/k/a Greenwich Capital Acceptance, Inc.; RBS FINANCIAL
PRODUCTS, INC., f/k/a Greenwich Capital Financial Products,
Inc.; RBS HOLDINGS USA INC.; RBS SECURITIES INC., f/k/a
Greenwich Capital Markets, Inc.; RESIDENTIAL ACCREDIT LOANS,
INC.; RESIDENTIAL FUNDING COMPANY, LLC, f/k/a Residential
Funding Corporation; KRISTINE SMITH; STRUCTURED ASSET
MORTGAGE INVESTMENTS II INC.; JAMES J. SULLIVAN; SAMIR TABET;
THE BEAR STEARNS COMPANIES LLC; UBS AMERICAS, INC.; UBS REAL
ESTATE SECURITIES, INC.; UBS SECURITIES, LLC; WAMU CAPITAL
CORP.; WELLS FARGO & COMPANY; WELLS FARGO ASSET SECURITIES
CORPORATION; WELLS FARGO BANK, N.A.; MARK ZUSY; BANC OF
AMERICA FUNDING CORPORATION; BANK OF AMERICA CORPORATION;
BANK OF AMERICA, NATIONAL ASSOCIATION; CAPITAL ONE FINANCIAL
CORPORATION; CAPITAL ONE, NATIONAL ASSOCIATION; COUNTRYWIDE
FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS, INC.;
COUNTRYWIDE SECURITIES CORPORATION; CWALT, INC.; CWMBS, INC.;
FITCH, INC.; GOLDMAN, SACHS & CO.; MERRILL LYNCH MORTGAGE
INVESTORS, INC.; MERRILL LYNCH & CO., INC.; MERRILL LYNCH
MORTGAGE LENDING, INC.; MERRILL LYNCH, PIERCE, FENNER &
SMITH, INC.; SANDLER, O'NEILL & PARTNERS, L.P.; JOHN DOES 1-
50; STANDARD & POOR'S FINANCIAL SERVICES, LLC; THE MCGRAW
HILL COMPANIES, INC.,

Defendants.

---

**ERRATA SHEET**

The opinion of this Court issued on May 2, 2016 is
amended as follows:

On page 8, footnote 3, line 17, insert "de novo" after
"determination".